UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-23652-CIV-HOEVELER

WAYMON BISHOP,

    Plaintiff,

v.

STACY GLICK, and
LAURA REISS,

    Defendants.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

THIS CAUSE comes before the Court on the Report and Recommendations of the Magistrate Judge, filed March 1, 2012, recommending that this case be dismissed for failure to state a claim. Plaintiff requested an extension of thirty days in which to file objections to the Report, which this Court granted on March 22, 2012. On May 15, 2012, Plaintiff submitted a request for an additional extension of time to file objections. Plaintiff stated that he was "in process of transferring from his current location to another facility which is un-known to the plaintiff." No objections have been filed as of this date, four months after the Plaintiff's last communication with the Court. While Plaintiff may have been relocated, it is nevertheless Plaintiff's responsibility to comply with deadlines and to timely advise the Court of any change in Plaintiff's address.

Plaintiff's Complaint was filed pursuant to 42 U.S.C. § 1983, against an assistant state attorney and a state court judge, alleging that they, respectively,

offered and accepted false testimony during the prosecution of Plaintiff in 2003. As correctly noted by the Magistrate Judge, Plaintiff has failed to state a claim which is cognizable under § 1983, and - in any event - the claim is time-barred, as Plaintiff waited to bring this action eight years after he was tried and sentenced.

Having reviewed the Complaint and the Magistrate Judge's Report, and noting that Plaintiff failed to file any objections thereto - despite being given two extensions of time to do so, it is

ORDERED AND ADJUDGED that the Report and Recommendations be adopted by this Court. The Complaint is DISMISSED, and this case is CLOSED.

DONE AND ORDERED in Miami, Florida, this 17 day of October 2012.

_____
WILLIAM M. HOEVELER
SENIOR UNITED STATES DISTRICT JUDGE

copies to:
    Magistrate Judge White
    Waymon Bishop, DC # 092761
        Florida State Prison
        7819 N.W. 228th St.
        Raiford, FL 32026